ORIGINAL

Javier Mendez Velazquez, aka:
Gilberto Benitez, CDC# K-18611
(SB/235Low)
P.O. Box 705
Soledad, California. 93960

FILED
APR 15 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Javier Mendez Velazquez, aka: ) Superior Court No.
Gilberto Benitez, ) SCD 111483
           petitioner, )
 )
 )
 ) '11 CV 0820 JLS NLS
 ) PETITION FOR WRIT
v. ) OF MANDATE AND
 ) DECLARATORY RELIEF
 )
 )
 )
DEA HEADQUARTERS UNIT (SARO) )
U.S. DEPT. OF JUSTICE, et, al. )
           Respondent, )

TO THE HONORABLE CHIEF DISTRICT JUDGE, AND
TO THE HONORABLE ASSOCIATE JUSTICES OF THE
UNITED STATES DISTRICT COURT, SOUTHERN
DISTRICT OF CALIFORNIA:

Javier Mendez Velazquez,
aka: Gilberto Benitez,
petitioner and declarant,

California Correctional F.
P.O. Box 705 (SB/235Low)
Soledad, Ca. 93960-0705

Petitioner and Declarant
Acting in Propia Persona

Javier Mendez Velazquez, aka:
Gilberto Benitez, CDC# K-18611
(SB/235Low)
P.O. Box 705
Soledad, California. 93960

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OC CALIFORNIA

Javier Mendez Velazquez, aka: ) Superior Court No.
Gilberto Benitez, ) SCD 111483
              petitioner, )
                       )
                       ) PETITION FOR WRIT
      v.                ) OF MANDATE AND
                       ) DECLARATORY RELIEF
                       )
DEA HEADQUARTERS UNIT (SARO) )
U.S. DEPT. OF JUSTICE, et, al. )
                 Respondent )

I.

1. This action challenges the "DEA HEADQUARTERS OPERATION UNIT (SARO), and it's Chief, OPERATIONS UNIT FIO/PA RECORDS MANAGEMENT SECTION, Ms. Katherine L. Myrick's failure to comply with a request for verified copy of the "LABORATORY ANALYSIS COMPARISION REPORT" pursuant to Freedom of Information/Privasy Act ("FOI/PA"). Petitioner seeks compliance with his (FOI/PA) request. Under Title 5, U.S.C.A. Section 552, et, seq.,

1

## II.
## PARTIES

2. Petitioner Javier Mendez Velazquez, aka: Gilberto Benitez is a prisoner of the State of California, incaecerated at the Soledad Correctional Facility (CTF) he is currently serving a sentence for possession of marijuana pursuant to H&S Code 11360.

3. Respondent "DEA HEADQUARTES OPERATIONS UNIT (SARO) RECORDS MANAGEMENT SECTION, Chief, OPERATIONS UNIT, Ms. Katherine L. Myrick. Included in her responsibilities is that of complying with the (FOI/PA).

## III.
## FACTS

4. On July 22, 2009, petitioner initially requested a copy of the "LABORATORY ANALYSIS COMPARISION REPORT" at the address where the Laboratory is located at National City in San Diego, California. see (EXHIBIT "A").

5. On October 28, 2009, petitioner received a letter from the U.S. Deparment of Justice, in which petitioner was informed that his request dated July 22, 2009 was received by the Drug Enforcement Administration, Case file Nunber 10-0116-P. see (EXHIBIT "B").

6. On November 14, 2009, petitioner wrote a second letter to (DEA HEADQUARTERS) notifying them of his change of address, also taking to their attention that the right file Laboratory number is R2-95-0350, and "not" R6-95-0350, as their letter from October 28, 2009 reflects. see (EXHIBIT "C").

...

7. On December 19, 2010, petitioner wrote a third request asking Ms. Katherine L. Myrick. Chief, Operations Unit (FOI/PA) Records Management Section, asking her for directions about how to send the Fees charge $25.00 and how, when, and to where to be sent the Fees charge. see (EXHIBIT "D").

8. On March 24, 2010, petitioner wrote a fourth request in which petitioner is asking Ms. Katherine L. Myrick if she is aware of the LABORATORY ANALYSIS COMPARISION REPORT file date on her letter dated Oct.28, 2009, which reflects an incorrect Laboratory file number as this R6-95-0350. see (EXHIBIT "E").

Petitioner contends that he has been trying to obtain any response from Ms. Katherine L. Myrick, Chief, Operations Unit (FOI/PA) Records Mangement Section, but everything has been in vane... because she never had the generosity to reply any letter from petitioner. FUTHERMORE, petitioner is also presenting the receipt of the money- order of the fees charge $25.00, so this Honorable Court can take notice, It's been more than 17 months since petitioner received the response from his request. see (EXHIBIT "F").

When federal, state, county, city, or corporate officials fail or refuse to comply with laws (e.g., the FOI/PA and PRA), the remedy of mandamus lies to compel performance.

Title 5, U.S.C.A. Section 552, et. seq.:
GOVERNMENT ORGANIZATION AND EMPLOYEES:

Petitioner contends that each agency shall make available to the public, public information, agency rules, opinions, orders, records, and proceedings (§552).

FOI/PA= Freedom of Iformation Privacy Act

In making any record available to a person under this paragraph, an agency shall provide the record in any form or format requested by the person if the record is readily reproducible by the agency in that form or format... Each agency shall make reasonable efforts to maintain its records in forms or formats that are reproducible for purposes of this Section .552.3(b).

Furthermore, petitioner has not previously failed to pay the fees charged in a timely fashion. See 552.4(A)(111)(v). In the event of noncompliance with the order of the court, the district court may punish for contempt the responsible employee, and in the case of a uniformed service, the responsible member. See 552.4(G). And to aid the requester, each agency shall make available its FOI/PA, refusal by the person to reasonably modify the request or arrange such an alternative time frame shall be considered as a factor in determining whether exceptional circumstances exist for purposes of subparagraph (C). See 552.6 .(2)(b)(i). As used in this subparagraph, "unusual circumstances" means, but only to the extent reasonably necessary to the proper processing of the particular request. See 552.6(2)(b)(iii). Evenmore, in case this court finds that the agency DEA Headquarters (SARO) can show exceptional circumstances exist and that the agency is exercising due diligence in responding to the request, this court should, must, and may retain jurisdiction and allow the agency additional time to complete its review of the records. See 552.6(C)(i).

Petitioner takes the position and alleges that it's been more than 20 months since petitioner made his initial request. And has been 17 months since the DEA-Headquarters (SARO) responded

petitioner's request.

Petitioner contends that under Title 5, U.S.C.A., Section 552.6(b)(ii) he should be able to obtain the requested copy of records...thus qualifying for the fastest multitrack processing, and or at least the agency should give an estimated date on which they will complete action on the request. See 552.7(b)(ii).

Under 552.9(d)(E)(1) states that: On or before February 1 of each year, each agency shall submit to the Attorney General of the United States a report which shall cover the proceeding fiscal year and which shall include "the number of requests for records received by the agency and the number of requests which the agency processed...also the median number of days taken by the agency to process different types of requests, based on the date on which the requests were received by the agency.

The average number of days for the agency to respond to a request beginning on the date on which the request was received by the agency, the median number of days for the agency to respond to such requests, and the range in number of days for the agency to respond to such requests. See Section 552.9(F).

Based on the number of business days that have elapsed since each request was originally received by the agency. See Section 552.9(G).

The number of requests for records to which the agency has responded with a determination within a period up to and including 20 days, and in 20 day increments up to and including 200 days. See Section 552.9(G)(i).

5

The number or requests for records to which the agency has responded with a determination within a period greater than 200 days and less than 301 days.  See Section 552.9(G)(ii).

The total amount of fees collected by the agency for processing requests, and the number of full-time staff of the agency devoted to processing request for records.  See Section 552.9(N)(O).

This Honorable Court should issue its order ordering the DEA Headquarters (SARO) and its Chief, Operations Unit FIO/PA Records Management Section, Ms. Katherine L. Myrick to assist petitioner with the copy of records requested more than 20 months ago.  Also to give this Court an explanation why their agency has been taking for so long to comply with a very simple request.

Finally, petitioner pray that this Honorable Court grant this writ of mandate, and so ordering the agency mentioned above to comply with their duties and assist petitioner with a copy of the requested records...and to ensure that the records processing are the correct records requested by petitioner: File No. R2-95-0350, and or as this court deem just and appropriate in the interest of justice.

Respectfully Submitted:

JAVIER MENDEZ VELAZQUEZ, AKA:
GILBERTO BENITEZ, IN PRO PER

# CIVIL COVER SHEET

%JS 44 (Rev. 12/07)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Javier Mendez Velazquez

### DEFENDANTS
DEA Headquarters et al

(b) County of Residence of First Listed Plaintiff **Monterey**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**11 CV 0820 NLS**

(c) Attorney's (Firm Name, Address, and Telephone Number)
Javier Mendez Velazquez
Po Box 705
Soledad, CA 93960
K-18611

Attorneys (If Known)

**FILED APR 15 2011**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  |  | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☒ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**28:1651**
Brief description of cause:
**Writ of Mandate**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 4/15/11

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____