# EXHIBIT

# A

Javier Mendez Velasquez
K-18611 E4-235L
P. O. Box 5242
900 Quebec Avenue
Corcoran, CA 93212

July 22, 2009

Attn: Laboratory Director
Subject" Request for information

Dear Laboratory Director:

Hello and good day. I hope that this letter finds the reader in
the best of good spirits and health. My name is Javier
Velasquez. I am currently serving a life sentence for 59 pounds
of alleged marijuana I was arrested for in 1996. I am just
learning how to speak English. Another inmate is writing this
letter for me because my English is not good enough that I
could  write the letter myself.

I am writing you to ask you how I could get a copy of the test
results for my case. I have a paper dated 03/29/05, signed by
analyst Patricia A. Brown for lab test No. 98396; however, that
paper does not show any positive results for  Delta 9 THC.

I will gladly pay to get a copy of the lab test results for my
case that show the alleged marijuana I was arrested for tested
positive for Delta 9 THC. I have a university professor looking
at my case. He told me that I have to get a copy of the test
results that show Delta 9 THC was present in the alleged
marijuana.

Please write me back and let me know how I can obtain copies of
the test results, and how much it will cost to obtain them.
Thank you for your time, help, and attention in this matter. I
look forward to your response. Have a nice day.

Very truly yours,

Javier Mendez Velasquez

# EXHIBIT B



**U.S. Department of Justice**
Drug Enforcement Administration

'OCT 2 8 2009

Case Number:  10-0116-P

Subject:  VELASQUEZ, JAVIER MENDEZ ~~(R6-95-0350)~~
(R2-95-0350)

Javier Mendez Velasquez K-18611 E4-235L
SATF/SP P.O. Box 5242 900 Quebec Avenue
Corcoran, California 93212

Dear Mr. Velasquez:

This letter responds to your Freedom of Information/Privacy Act (FOI/PA) request dated
July 22, 2009, received by the Drug Enforcement Administration (DEA), FOI/Records Management
Section, Operations Unit (SARO), seeking access to DEA records.  Your request has been opened
and assigned the above case number.  Please include this case number when corresponding with this
office.

We regret the delay in responding to your initial request letter.  We are at this time
experiencing a large volume of incoming FOI/PA requests that has adversely impacted our response
time to the public.  However, this matter has not impacted the quality of our service and our
dedication to the public at large, including your request.

This letter confirms your obligation that by filing your request, you have agreed to pay all
applicable fees charged under 28 C.F.R. § 16.11, up to $25.00.

In order to expedite all requests, your request will be handled in chronological order based
on the date of this letter.  If you have any questions regarding this letter, you may contact our
Customer Service Hotline Representative on (202) 307-7596 or mail your correspondence to:

> DEA HEADQUARTERS
> ATTN: OPERATIONS UNIT (SARO)
> 8701 MORRISSETTE DRIVE
> SPRINGFIELD, VIRGINIA 22152

Sincerely,

*Katherine Myrick*

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

# EXHIBIT
# C

JAVIER MENDEZ VELASQUEZ, (R2-95-0350)
AKA: GILBERTO BENITEZ, K-18611
CORRECTIONAL TRAINING FAC. (CTF)
SHASTA HALL-B-SIDE- SB/214U
HIGHWAY 101 NORTH, P.O. BOX 686
SOLEDAD, CALIFORNIA 93960-0686

CASE NUMBER:  10-0116-P

SUBJECT:  NOTIFICATION OF CHANGE OF ADDRESS

DATED:  NOVEMBER 14, 2009

DEAR MS. KATHERINE L. MYRICK,

   THE REASON FOR THIS LETTER IS TO INFORM YOUR OFFICE OF MY NEW
ADDRESS.  I WAS TRANSFERRED FROM  CORCORAN STATE PRISON TO
SOLEDAD STATE PRISON AS SHOWN ABOVE.

   ALSO IN YOUR LETTER DATED OCTOBER 28TH, 2009,  SHOWS R6-95-0350...
BUT ON D.E.A. FORM 7 IT REFLECTS R2-95-0350 AS THE FILE NUMBER.
PLEASE SEE (ATTACHED DEA-FORM-7)

   COULD YOU PLEASE INFORM ME WHICH FILE NUMBER IS THE RIGHT
ONE?  THE ONE ON DEA-FORM-7  OR THE ONE ON YOUR LETTER DATED
OCTOBER 28TH, 2009?

   I WOULD APPRECIATE IT IF YOU WOULD KEEP ME INFORMED
REGARDING MY REQUEST AND APPLICABLE FEES CHARGED UNDER 28
C.F.R.  SECTION 16.11.

                              RESPECTFULLY SUBMITTED;

                              JAVIER MENDEZ VELASQUEZ,
                              AKA, GILBERTO BENITEZ

Drug Enforcement Administration

# REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | 2a. FILE NO | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|
| ☐ Purchase  ☒ Seizure  ☐ Free Sample | | R2-95-0350 | | IHM14 |
| ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal) | | | | |
| ☐ Other (Specify) | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| North San Diego County, CA. | 3/15/95 | MENDEZ-Velasquez, Javier |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| USBP | ☒ Case No. OR ☐ Seizure No. No. 95 SDC/SCM 03-62 | 3/16/95 | Team VI |

| 9. Exhibit No. | 10. FDIN (6 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1 | n/a | Marijuana | 15 packages wrapped in cellophane and containing marijuana | 59.6 lbs | | |
| 1a | n/a | marijuana | Representative sample taken from exhibit #1 | | 13.8 lbs | 0 |
| 1b-k | n/a | marijuana | Random samples taken from Exhibit #1 | | 56.2 gms | 0 |

15. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ?  ☒ NO (Included above)  ☐ YES (If Yes, enter exhibit no. and describe original container fully)

REMARKS:

Exhibit #1 was seized by Agent VanWey at the USBP Checkpoint located on I-5 in North San Diego County, California, from a vehicle driven by MENDEZ, after it had been stopped by USBP agents for a routine immigration inspection and a hidden compartment was found to contain the marijuana. Agent VanWey took the above samples for submission to the DEA SWL for analysis; and Exhibit #1 was submitted to the DEA Bulk Evidence Custodian.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| L. VanWey | D. K. Goodfried, S/A |

## LABORATORY EVIDENCE RECEIPT REPORT

| 19. No. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. TITLE |
|---|---|---|
| 2 | 3-20-35 | |
| 22. SEAL ☐ Broken ☐ Unbroken | 23. RECEIVED BY (Signature & Date) 3/20/95 | 24. TITLE 5/8 |

## LABORATORY ANALYSIS/COMPARISON REPORT

25. ANALYSIS SUMMARY AND REMARKS                              98396

Gross Wt.:  6375 gm
Net Wt.:    5251 gm

28.2 gm removed for special study.

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | WEIGHT PER UNIT ANALYZED | | | 32. TOTAL NET | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 1A-1K | 98396 | Marijuana | -- | -- | -- | | 5216 gm |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| Patricia A. Brown | Forensic Chemist | 3-29-95 |
| 37. APPROVED BY William F. Phillips | 38. TITLE Laboratory Director | 39. LAB. LOCATION National City, CA |

DEA Form - 7
Apr 1991

Previous edition dated 10/87 is OBSOLETE.

1 - Prosecution

# EXHIBIT D

Javier Mendez Velasquez,aka:
Gilberto Benitez, CDC# K-18611
(SB/235Low)
P.O.Box 705
Soledad, California. 93960.

Dated: December 19, 2010.

Subject: <u>Request</u>

Case No. 10-0116-P

DEA HEADQUARTES
ATTN: OPERATIONS UNIT (SARO)
8701 MORRISSETTE DRIVE
SPRINGFIELD,VIRGINIA. 22152

Dear Ms. Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section


Hello and good day. I hope that this letter finds the reader in the
best of good spirits and health. My name is Javier Mendez Velasquez
Iam currently housed at Soledad Training Facility.

I previously requested a copy of the Laboratory Analysis/Comparision
Report,your office gave me a case No. 10-0116-P.

I would like to ask you if I have to re-request... And if the file
number from your office is expired?, Also if I have to send the appli-
cable fees charged under 28 C.F.R.Sect.16.11,up to $25.00.within how
much time?

I don't know about the procedures of "SARO" Operations Unit, and I
would like to ask you if you could send me a copy of the operations
procedures of the SARO unit... because i'm having alot of problems
to understand when and how I suppose to send the applicable fees,
And or if is necessary to hire an attorney in order to obtain the
papers requested?


I will appreciate if your office responds to this letter letting me
know how I proceed further.
Thank you very much for your time in this important matter.


                                    Respectfully:

                                    Javier Mendez Velasquez,aka:
                                    Gilberto Benitez

# EXHIBIT

# E

Gilberto Benitez,aka:
Javier Mendez Velasquez
K-18611 (SB/235Low)
P.O.Box 686
Soledad, California.
93960-0686

Dated: March 24th,2010


Subject: Letter/Request

Case No: 10-0116-P


DEA HEADQUARTES
ATTN: OPERATIONS UNIT(SARO)
8701 MORRISSETTE DRIVE
SPRINGFIELD,VIRGINIA 22152


Dear Ms Katherine L.Myrick
Chief,Operations Unit
FOI/Records Management Section


Hello and good day. I hope that this letter finds the reader in
the best of good spirits and health. My name is Javier Mendez
Velasquez.I am currently housed at Soledad State Prison in Cali-
fornia.

This letter is regarding my freedom of information privacy act
(FOI/PA)request dated July 22,2009,received by the Drug Enfor-
cement Administration(DEA),

I would like to ask you if you are already awared of the filed
date of the **"LABORATORY ANALYSIS/COMPARISION REPORT"** which should
be **(R2-95-0350)**and not **(R6-95-0350)**as your office stated in its
letter dated **Oct.28th,2009**...

I am very worry,concerning the filed date that shows in your le-
tter because by a mistake your office could pick the wrong file.
instead of (R2-95-0350) they could grab (R6-95-0350)and this last
file No.(R6-95-0350)is not mine.see **(EXHIBIT "A")**

I will appreciate if your office responds to this letter letting
me know that you are aware of the wrong file number that your
office wrote in your letter dated Oct.28th,2009.
   Thank you very much for your time in this important matter:

                          Sincerely:

                          Gilberto Benitez,aka:
                          Javier Mendez Velasquez

# EXHIBIT
# F

**MONEY ORDER RECEIPT - NON NEGOTIABLE**



AGT 708714 LOC 000212 DT 032411 $25.00 25DOLLARS AND NO CENT
S

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services, Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services, Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services, Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.

\* 1 4 2 7 2 6 2 3 6 4 4 \*

# For your financial service needs, visit our website at
# www.westernunion.com

**Instructions:**      **Western Union Financial Services, Inc. Money Order Tracing/Refund Request**
1. This request is to be completed by the purchaser only. A stop payment is placed on the original Money Order when refund is made to purchaser.
2. The original of the Money Order receipt must accompany each request. If the original of the Purchaser's Copy Money Order receipt is not enclosed, your request will be delayed and may be denied.
3. Enclose a $15.00 non-refundable processing fee for each photocopy or refund request.
4. A photocopy will not be processed until the $15.00 is received. **NOTICE: At its discretion Western Union Financial Services, Inc. may deduct the fee from your refund if it is not enclosed with your request.**
5. Please allow 30 days for processing. All requests for refunds and photocopies must be in writing.

| | |
|---|---|
| **Purchaser's Name First**    **Last (Please Print)** | **SEND REQUEST TO:** |
| Celia     Gonzalez | Western Union Financial Services, Inc. |
| **Mailing Address (Please Print)** | PO Box 7030 |
| 14050 Candler Ave. | Englewood, CO 80155-7030 |
| **City**     **State**   **Zip Code** | **Money Order was Payable To:** |
| San Jose,    Ca 95127- | U.S. Det. of |
| | **Reason for Request:** |
| | Justice |

For customer service,
call 1-800-999-9660.

| MONEY ORDER AMOUNT | DATE PURCHASED M M D D Y Y |
|---|---|
| $25.00 | X |

Money Order was purchased at
(name & address)

*To induce Western Union Financial Services, Inc. (WUFSI) to refund to me the face amount of the above Money Order, and in consideration of that payment, I authorize WUFSI to stop payment on this Money Order, and agree to reimburse WUFS for this refund and to hold WUFSI harmless against any and all expense and/or liability to which it may be subject by reason of this refund to me, by reason of my alleged loss of the Money Order, or by reason of the negotiation of the Money Order.*

**PURCHASER SIGN HERE (IN INK): X** _Celia Gonzalez_    4 /2 /11 ( )
BEFORE MAILING, BE SURE THAT THIS FORM HAS BEEN SIGNED IN INK.    DATE      PHONE NUMBER

LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP

1        DECLARATION OF SERVICE BY MAIL

2

3   CASE NAME: Superior Court No. SCD 111483

4   CASE NO.:   People v. Javier Mendez Velazquez,aka:Gilberto Benitez,

5
        Javier M. Velazquez,aka:
6   I, Gilberto Benitez      , declare that I am over the age of eight-

7   teen (18) years; I am/am not a party to the attached action; I

8   served the attached document entitled:
    PETITION FOR WRIT
9   OF MANDATE

10

11  on the persons/parties specified below by placing a true copy of

12  said document into a sealed envelope with the appropriate postage

13  affixed thereto and surrendering said envelope(s) to the staff of

14  the Correctional Training Facility entrusted with the logging and

15  mailing of inmate legal mail addressed as follows:

16  UNITED STATES DISTRICT COURT          DEA HEADQUARTERS
    SOUTHERN DISTRICT OD CALIFORNIA       ATTN: OPERATIONS UNIT(SARO)
17  room 4290, 880 Front Street           8701 MORRISSETTE DRIVE
    San Diego, California.                SPRINGFIELD, VIRGINIA.
18  92101-8900                                          22152

19

20  My  business/residence   address is P.O. Box 705 Soledad, California 93960-0705

21  There is First Class mail delivery service by the United States

22  Post Office between the place of mailing and the addresses indi-

23  cated above.  I declare under the penalty of perjury under the laws

24  of the United States and the State of California that the foregoing

25  is true and correct and that I executed this service this  12

26  day of  April, 2011  , in Soledad, CA.

27

28                                        Declarant

COUNTY OF MONTEREY          )
                           )  SS
STATE OF CALIFORNIA        )


[C.C.P., §1702]

    I, JAVIER MENDEZ VELAZQUEZ, aka GILBERTO BENITEZ,
do hereby declare:

    I am the Petitioner in the above entitled matter
and as such I have detailed personal knowledge of the facts
as stated in the Petition for Writ of Mandate and Declaratory
Relief.  I know the facts as stated therein based upon my
own personal knowledge and know them to be true.

    I declare under penalty of perjury under the laws
of the United States of America.

    Executed in the City of Soledad, California on
April 12, 2011.

JAVIER MENDEZ VELAZQUEZ
AKA GILBERTO BENITEZ