Javier Mendez Velasquez,
AKA: Gilberto Benitez,
CDC# K-18611 (SB-235 Low)
P.O. Box 705
Soledad, Ca. 93960-0705

NUNC PRO TUNC

FILED
SEP 11 2012
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

SEP 06 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Javier Mendez Velasquez, ) District Court No.
AKA: Gilberto Benitez, )
      Plaintiff, ) 11-CV-820-JLS(NLS)
  ) 
vs. ) PLAINTIFF'S OPPO
  ) SITION TO DEFEN
  ) DANT'S REPLY
  ) BRIEF, IN SUPPORT
  ) OF PLAINTIFF'S
  ) OPPOSITION TO
  ) MOTION TO DISMISS
DEA HEADQUARTERS, US DEPARTMENT )
OF JUSTICE, RECORDS UNIT (SARO), KATHERINE )
L. MYRICK. )
      Defendants, )

On August 31, 2012, Plaintiff received via US Postal Service a document titled, "Defendant's Reply Brief" in Support of Motion to Dismiss.

1

## I. INTRODUCTION

This FOIA action is not moot and this Honorable Court should entertain this action and resolve it on the merits.

Under FOIA, the District Court has jurisdiction to determine whether a federal agency is improperly withholding agency records in response to a FOIA request.

On Defendant's Reply Brief (Rep. Brief 1.) They are arguing that their agency has responded to Plaintiff's request, and that there is no disputes regarding their agency's withholding pursuant to the FOIA exemptions, and that subject matter jurisdiction is lacking. (Reply Brief at 1.) Also arguing that plaintiff raises various arguments regarding the authenticity of the documents he received from the Drug Enforcement Administration ("DEA"), and that "this Court lacks jurisdiction to even consider" these issues in a FOIA action, and that in any event plaintiff's arguments lack merit.

## II. ARGUMENT

Plaintiff contends that applying the standard of review under the District Court's discretion and or under it's own motion, this Honorable Court does not lack subject matter jurisdiction . . . Because

2

when determining whether a complaint states a claim, a court must accept as true all allegations of material fact and must accept and construe those facts in the light most favorable to the plaintiff. See Resnick v. Hayes, 213 F.3d. 443, 447 (9th Cir. 2000); Barren v. Harrington, 152 F.3d. 1193, 1194 (9th Cir. 1998), noting that § 1915(e)(2) "parallels the language of Federal Rules of Civil Procedure 12(b)(6)". In addition, the Court has a duty to liberally construe a pro-se plaintiff pleadings, see Karim-Panahi v. L.A. Police Dept. 839 F.2d. 621, 623 (9th Cir. 1988), which is particularly important in civil cases. See Ferdik v. Bonzelet, 963 F.2d. 1158, 1261 (9th Cir. 1992).

Plaintiff argues that the decision whether to conduct an evidentiary hearing lies with the District Court's discretion. McLachlan v. Bell, 261 F.3d. 908, 910-11 (9th Cir. 2001.) Furthermore, the moving party should prevail only if the material jurisdictional facts are not in dispute... "Unless that standard is met," the jurisdictional facts must be determined at the trial by the trier of fact. See Thornhill V. Publishing Co. v. General Telephone Corp., 594 F.2d. 730, 733, 735 (9th Cir. 1979); Augustine v. United States, 704 F.2d. 1074, 1077 (9th Cir. 1983).

This Honorable Court in deciding this action, should make findings of fact of conclusions of law... and should conduct an evidentiary hearing... which has already been requested under the standard set forth in Augustine v. United States, supra, 704 F.2d. 1074,

3

1077 (9th Cir. 1983).

The offered evidence, papers, and exhibits presented by the plaintiff, established a clear conflict and or dispute as to the central factual issues in the present action. See Thornhill V. Publishing Co. v. General Telephone Corp., supra, 594 F. 2d. 730, 733, 735 (9th Cir. 1979). And more importantly, plaintiff filed this action under the "All Writs Act", 28 U.S.C. § 1651, which provides that [T]he Supreme Court and all courts established by act of Congress may issue all writs necessary or appropiate in aid of their respective jurisdictions and agreeable to the usages and principles of law. 28 U.S.C. § 1651 A Brown v. Gilmore, 533 U.S. 1301 (2001).

This Honorable Court should question the Laboratory Director mr. William F. Phillips, and forensic Chemist ms. Patricia A. Brown, contacting them via telephone having them under Oath to answer about the drug test in question. Because it seems as if the three pages referred to plaintiff by DEA do not have any signature from the person that supposedly (Chemist) conducted the drug test.

Finally, plaintiff prays that this Honorable Court issue the writ taking in consideration all exhibits presented by him, and as this Court deem just and appropiate in the interest of justice.

Respectfully Submitted:

Dated: Sept. 3, 2012

Javier Mendez Velasquez,
AKA: Gilberto Benitez

4

PROOF OF SERVICE BY MAIL

BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013 (A), 2015.5; F.R.C P.5; 28 U.S.C. § 1746)

I, JAVIER MENDEZ VELASQUEZ AKA: Gilberto Benitez, declare:

I am over the 18 years of age and I am party to this action. I am a resident of Correctional Training Facility prison in the County of Monterey, State of California. My prison address is JAVIER MENDEZ VELASQUEZ AKA: Gilberto Benitez, CDCR #: K-18611

Correctional Training Facility, North
P.O. Box 705     (SB-235 Low)
Soledad, CA 93960-0705

On September 3, 2012, I served the attached:

Plaintiff's Opposition to (Reply Brief Defendants)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, verified by and given to prison staff, for deposit in the Mail box provided at the above-named correctional institution in which I am presently confined.

The envelope was addressed as follows:
United States District Court,
Southern District of California
880 Front Street, Suite # 4290
San Diego, CA. 92101-8900

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on Sept. 3, 2012

_____
(Declarant's Signature)

Javier Mendez Velasquez,
AKA: Gilberto Benitez,
CDC# K-18611 (SB-235 Low)
P.O. Box 705
Soledad, Ca. 93960-0705

Dated: September 3, 2012.

Case No. 11-cv-00820-JLS(NLS)
District Court No.

Subject: request/to serve Defendants.

United States District Court
Southern District of California
Clerk of the Court
880 Front Street, Suite # 4290
San Diego, Ca. 92101-8900

Dear Sir/Madam:

First of all, Plaintiff wants to appologize to this Court, because at these very moments hispanics are under lock-down at this Institution due to fights between inmates. For this reason I cannot comply with the copies required by this Court's rules.

Also, I would like to ask this Court if it could be possible for this Court to serve a copy of this documents to each of the Defendants?

Thank you very much for your time in this important matter.

Respectfully Submitted:
Javier Mendez Velasquez
Gilberto Benitez
Javier Mendez Velasquez,
AKA: Gilberto Benitez.

Javier Mendez Velasquez
AKA: Gilberto Benitez
CDCR K-18611 (SB-235 Low)
P.O. Box 705
Soledad, Ca. 93960-0705

$00.65⁰  SEP 04 2012
0004253462
MAILED FROM ZIP CODE 93960

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
CLERK OF THE COURT
880 Front Street, Suite 4290
San Diego, California.
92101

